IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SHERRY STUDLI, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )   Civil Action No. 11-286 |
| | ) |
| CHILDREN AND YOUTH AND FAMILIES | ) |
| CENTRAL REGIONAL OFFICE, et al, | ) |
| | ) |
| Defendants. | ) |

AMBROSE, District Judge

## ORDER OF COURT

The above-captioned case will not be processed any further for failure to comply with the Federal Rules of Civil Procedure, statutory requirements and /or our Local Rules and / or practices. The court papers are deficient in that the Plaintiff tendered a Complaint without having paid the corresponding filing fee or having filed a Motion to Proceed *In Forma Pauperis*, despite having been instructed to do so by the Clerk of Courts. For the foregoing reason, the case is not being processed further. You have the right to take the above-noted corrective

actions which will bring your case into compliance and you shall have until January 30, 2012 to

do so.

So ordered, this 20th day of January, 2012

                                                BY THE COURT:

                                                /s/ Donetta W. Ambrose

                                                Donetta W. Ambrose

                                                Senior Judge, U.S. District Court