IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

SHERRY STUDLI,                          )
                                        )
        Plaintiff,                      )
                                        )
        vs.                             )        Civil Action No. 11-286
                                        )
CHILDREN AND YOUTH AND FAMILIES         )
CENTRAL REGIONAL OFFICE, et al,         )
                                        )
        Defendants.                     )


AMBROSE, District Judge


## ORDER OF COURT


The above-captioned case will not be processed any further for failure to comply with the

Federal Rules of Civil Procedure, statutory requirements and /or our Local Rules and / or

practices. The court papers are deficient in that the Plaintiff tendered a Complaint without

having paid the corresponding filing fee or having filed a Motion to Proceed *In Forma Pauperis*,

despite having been instructed to do so by the Clerk of Courts. For the foregoing reason, the

case is not being processed further. You have the right to take the above-noted corrective

actions which will bring your case into compliance and you shall have until January 30, 2012 to

do so.

So ordered, this 20th day of January, 2012

<div style="margin-left:50%">

BY THE COURT:

/s/ Donetta W. Ambrose

Donetta W. Ambrose

Senior Judge, U.S. District Court

</div>